IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DADRAIN DANTWONE BANKS                                                PLAINTIFF

v.                                    Civil No. 6:20-cv-06110

LIEUTENANT JAMISON, *et al.*                                         DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed February 19, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 21.) Judge Ford recommends Plaintiff's denial of access to courts claim be dismissed without prejudice for failing to allege he suffered actual injury. Judge Ford also recommends that Plaintiff's official and personal capacity claims against Deputies Killin and Blunkel for the use of excessive force remain with the Court for further review.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby **ORDERED** that Plaintiff's official and personal capacity claims against Deputies Killin and Blunkel for the use of excessive force against him on August 28 and 29, 2020 shall remain with the Court for further consideration.

//

**IT IS FURTHER ORDERED** that all other Defendants and claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 22nd day of March 2021.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE