IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DADRIAN DANTWONE BANKS                                                                  PLAINTIFF

v.                                         Case No. 6:20-cv-06110

DEPUTY BLUNKEL and DEPUTY KILLIN                                                    DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed August 26, 2021, by the Honorable Mark E. Ford, Chief United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Ford recommended that the Court grant Defendants' Motion to Dismiss (ECF No. 35) and that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b), based on Plaintiff's failure to prosecute his case and failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 35) is **GRANTED**, and Plaintiff's Amended Complaint (ECF No. 11) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 15th day of September 2021.

/s/ Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**